**Motion GRANTED.**

*[signature]*

| | | |
|---|---|---|
| **CYNTHIA GEORGE,** | ) | |
| | ) | **CASE NO. 3:23-CV-00836** |
| **PLAINTIFF,** | ) | |
| | ) | **District Judge Aleta A. Trauger** |
| **V.** | ) | |
| | ) | **JURY DEMAND** |
| **KJPL RIVERWOOD, LLC, JPL** | ) | |
| **DEVELOPMENT, LLC, AND BACAR** | ) | |
| **CONSTRUCTORS, INC.** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

_____

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD
### FOR DEFENDANT BACAR CONSTRUCTORS, INC.
_____

COMES NOW, the undersigned counsel of record for Defendant Bacar Constructors, Inc., and pursuant to Local Rule 83.01(h) and Rule 1.16(a)(3) of the Model Rules of Professional Conduct of the American Bar Association, hereby respectfully requests permission to withdraw as counsel of record in the above-captioned case, and in its place, substitute Gregory L. Cashion of Smith Cashion & Orr, PLC, who shall henceforth serve as the counsel of record for Defendant Bacar Constructors, Inc. in this matter. In support hereof, the undersigned counsel represents the following:

1.      The requested withdrawal is hereby submitted upon the collective agreement of Defendant Bacar Constructors, Inc., undersigned counsel, and Gregory L. Cashion of Smith Cashion & Orr, PLC;

2.      Gregory L. Cashion of Smith Cashion & Orr, PLC previously filed a Notice of Appearance as counsel for Defendant Bacar Constructors, Inc. on October 23, 2023, and, as such, no other party will be prejudiced by undersigned counsel's withdrawal.

As such, this Court should issue an Order permitting the withdrawal of the undersigned, and substitution of Gregory Cashion as counsel for Defendant Bacar Constructors, Inc. as detailed herein.

Dated: December 1, 2023