# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:23-cv-00836 |
| ) | |
| KJPL RIVERWOOD, LLC, JPL ) | |
| DEVELOPMENT, LLC, and BACAR ) | |
| CONSTRUCTORS, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR PLAINTIFF CYNTHIA GEORGE

Comes now, the undersigned counsel for record for Plaintiff, Cynthia George, and pursuant to Local Rule 83.01(h) and Rule 1.16(a)(4) and the Model Rules of Professional Conduct of the American Bar Association, hereby respectfully requests permission to withdraw as counsel of record in the above-captioned case, and in its place, substitute M. Todd Sandahl, who shall henceforth serve as the counsel of record for Plaintiff, Cynthia George, in this matter. In support hereof, the undersigned counsel represents the following:

1. The request withdrawal is hereby submitted upon the collective agreement of Plaintiff, Cynthia George, the undersigned counsel, and M. Todd Sandahl;

2. M. Todd Sandahl previously filed a Notice of Appearance as counsel for Plaintiff, Cynthia George on November 1, 2023, and, as such, no other party will be prejudiced by undersigned counsel's withdrawal.

As such, this Court should issue an Order permitting the withdrawal of the undersigned, and substitute M. Todd Sandahl as counsel for Plaintiff, Cynthia George, as detailed herein.

Respectfully submitted,

/s/ *Michelle Owens*
Michelle Owens, #026512
Agee Owens Law
2911 Elm Hill Pike
Nashville, Tennessee 37211
mowens@ageeowenslaw.com
*Substituting Attorney for Plaintiff,*
  *Cynthia George*


M. Todd Sandahl, #19167
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
(615) 794-3450
Fax: (615) 794-3510
tsandahl@mtslaw.com
*Substituting Attorney for Plaintiff,*
  *Cynthia George*

Eric G. Calhoun, TX Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
(214) 766-8100
Fax: (214) 308-1947
Eric@ecalhounlaw.com
efcla@ecalhounlaw.com (Assistant)

*Attorneys for Plaintiff, Cynthia George*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been served via the Court's electronic filing system on the following:

Jennifer S. Rusie
Jackson Lewis, P.C.
611 Commerce Street, Suite 2803
Nashville, Tennessee 37203
Jennifer.rusie@jacksonlewis.com

Counsel for Defendant, KJPL Riverwood, LLC

Rebecca Wells Demaree
Jason K. Murrie
Victoria Lynn Rohloff
Cornelius & Collings, LLP
211 Athens Way, Suite 200
Nashville, Tennessee 37228
rwdemaree@cclawtn.com
jkmurrie@cclawtn.com
vlrhloff@cclawtn.com

Counsel for Defendant, JPL Development, LLC

Adam J. Hiller
Gordon Reese Scully Mansukhani, LLP
4031 Aspen Grove Drive, Suite 290
Franklin, Tennessee 37061
ahiller@grsm.com

Counsel for Defendant, Bacar Constructors, Inc.

Gregory Lee Cashion
Smith, Cashion & Orr, PLC
One American Center
3100 West End Avenue, Suite 800
Nashville, Tennessee 37203
gcashion@smithcasion.com

Counsel for Defendant, Bacar Constructors, Inc.

Dated: December 14, 2023.

/s/ *Michelle Owens*
Michelle Owens

Motion To Withdraw and Substitute Counsel of Record for Plaintiff, Cynthia George – Page 3