# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, § § § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> KJPL RIVERWOOD, LLC; JPL DEVELOPMENT, LLC; and BACAR CONSTRUCTORS, INC., § § § § § <br> Defendants. § | Civil Action No.: 3:23−cv−00836 <br><br> Judge Aleta A. Trauger <br><br> **JURY DEMANDED** |

## ORDER ON PLAINTIFFS' MOTION FOR DISCOVERY CONFERENCE

Came on for consideration the Plaintiffs' Motion For Discovery Conference (the "Motion"). After a review of the Motion, any responses and replies thereto, and the papers and pleadings on file herein, the Court finds that the Motion is well-taken and is granted.

Accordingly, it is ORDERED that a telephonic Discovery Conference is set for June 14, 2024 at 2:30 p.m. Judge Trauger's Courtroom Deputy will email to counsel the number to call to participate in the conference.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE