# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| CHESLIE NITSCHKE and CYNTHIA GEORGE, | |
| Plaintiffs, | Civil Action No.: 3:23-cv-00836 |
| v. | Judge Aleta A. Trauger |
| KJPL RIVERWOOD, LLC; JPL DEVELOPMENT, LLC; AND BACAR CONSTRUCTORS, INC., | **JURY DEMAND** |
| Defendants. | |

## DEFENDANT BACAR CONSTRUCTORS, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION

Defendant, Bacar Constructors, Inc. (hereinafter "Bacar" or "Defendant"), by and through counsel, hereby files this response to Plaintiffs' Motion for Extension of Time to Respond to Discovery Requests [Doc. 54]. In support of this motion, Defendant states as follows:

As an initial matter, Plaintiff's counsel reached out to Bacar's counsel on Friday, June 28, 2024. Counsel for Bacar did indeed respond on Monday, July 1, 2024. Bacar's response entailed sending Plaintiffs' counsel a proposed second amendment to the operative Case Management Order, and asking if the draft extensions would be agreeable, so that the originally requested thirty day extension would not prejudice Bacar.

In light of Plaintiffs' motion for an extension, Bacar has filed a Motion to Amend the Case Management Order [Doc. 55] to extend the fact discovery deadline and any other deadlines that are necessarily affected. Since the filing of the operative Case Management Order [Doc. 44], Plaintiff's counsel has amended the Complaint to add a party [Doc. 48], and filed a motion for an extension on discovery responses [Doc. 54]. The additional party to this lawsuit necessarily

expanded the scope of discovery, and the parties are clearly in need of more time for fact discovery on both sides. Even granting Plaintiffs' request for a fourteen-day extension leaves Bacar with receiving Plaintiffs' responses only three days prior to the expiration of fact discovery. Yet, most crucially, Bacar also requires additional time for discovery due to the addition of a Plaintiff to this lawsuit. Bacar would respectfully ask this Court to grant its Motion to Amend the Court's Case Management Order [Doc. 55], so that an extension does not prejudice any parties, and discovery can continue as needed by both sides.

WHEREFORE, Bacar respectfully requests that the Court grant its motion [Doc. 55] to amend the deadlines set in the Court's Amended Case Management Order of January 18, 2024 [Doc. 44], vacate the deadlines set therein, and adopt the Proposed Second Amended Case Management Order filed contemporaneously with Bacar's Motion to Amend the Case Management Order [Doc. 55]. Bacar further requests any other relief that the Court may deem appropriate.

Dated this 2nd Day of July 2024.

Respectfully submitted,

/s/ *Joseph A. Tisone*
Gregory L. Cashion (BPR No. 10697)
Joseph A. Tisone (BPR No. 41169)
SMITH CASHION & ORR, PLC
3100 West End Avenue
Suite 800 – One American Center
Nashville, TN 37203
(615) 742-8555 – Tel
gcashion@smithcashion.com
jtisone@smithcashion.com
*Attorneys for Defendant*
*BACAR Constructors, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that notice has been provided via the Court's electronic filing system to counsel of record including the following:

Eric G. Calhoun
Calhoun & Associates
1595 N. Central Expressway
Richardson, TX 75080
eric@ecalhounlaw.com
*Attorney for Plaintiffs*

M. Todd Sandahl
Attorney at Law
234 First Avenue South
Franklin, TN 37064
tsandahl@mtslaw.com
*Attorney for Plaintiffs*

Jason K. Murrie
Rebecca M. Demaree
Victoria L. Rohloff
Cornelius & Collins, LLP
211 Athens Way, Suite 200
Nashville, TN 37228
jkmurrie@cclawtn.com
rwdemaree@cclawtn.com
vlrohloff@cclawtn.com
*Attorneys for JPL Development, LLC*

Jennifer S. Rusie
Jackson Lewis, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
Jennifer.rusie@jacksonlewis.com
*Attorney for Defendant KJPL Riverwood, LLC*

/s/ Joseph A. Tisone