IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00836 |
| ) | Judge Trauger |
| KJPL RIVERWOOD, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The plaintiff has filed a Motion for Extension of Time to Respond to Discovery Requests (Doc. No. 54) that recites that they have received no response from the defendants (Doc. No. 54). Defendant Bacar has filed a Motion to Amend the Case Management Order (Doc. No. 55) that does not recite the position of the plaintiff to this motion (Doc. No. 55). Both of these motions are in the nature of discovery disputes about which there has been no telephone conference arranged with the court.

It is hereby ORDERED that, by July 8, 2024, the parties shall have consulted and filed a joint motion to extend necessary deadlines and amend the Case Management Order so that this case may proceed in an orderly fashion. The court expects counsel to work together on issues such as those raised in these motions.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge

2