IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHESLIE NITSCHKE and CYNTHIA GEORGE, | § § § § § § § § § § § § § | Civil Action No.: 3:23-cv-00836 |
| Plaintiffs, | | Judge Aleta A. Trauger |
| v. | | **JURY DEMAND** |
| KJPL RIVERWOOD, LLC; JPL DEVELOPMENT, LLC; and BACAR CONSTRUCTORS, INC., | | |
| Defendants. | | |

## **DEFENDANT'S NOTICE OF SERVICE OF EXPERT DISCLOSURE**

COMES NOW the Defendant, Bacar Constructors, Inc. (hereinafter, "Bacar" or "Defendant"), by and through undersigned counsel, and hereby provides notice to this Court that Bacar has served its *Designation of Experts* on counsel of record for all parties on this 11th day of October, 2024 by electronic mail.

Respectfully submitted,

/s/ *Joseph A. Tisone*
Gregory L. Cashion (BPR No. 10697)
Joseph A. Tisone (BPR No. 41169)
SMITH CASHION & ORR, PLC
3100 West End Avenue
Suite 800 – One American Center
Nashville, TN 37203
(615) 742-8555 – Tel
gcashion@smithcashion.com
jtisone@smithcashion.com
*Attorneys for Defendant*
*BACAR Constructors, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 11th day of October 2024, notice has been provided via the Court's electronic filing system and/or electronic mail to counsel of record including the following:

| | |
|---|---|
| Eric G. Calhoun<br>Calhoun & Associates<br>1595 N. Central Expressway<br>Richardson, TX 75080<br>eric@ecalhounlaw.com<br>*Attorney for Plaintiffs* | M. Todd Sandahl<br>Attorney at Law<br>234 First Avenue South<br>Franklin, TN 37064<br>tsandahl@mtslaw.com<br>*Attorney for Plaintiffs* |
| Jason K. Murrie<br>Rebecca M. Demaree<br>Victoria L. Rohloff<br>Cornelius & Collins, LLP<br>211 Athens Way, Suite 200<br>Nashville, TN 37228<br>jkmurrie@cclawtn.com<br>rwdemaree@cclawtn.com<br>vlrohloff@cclawtn.com<br>*Attorneys for JPL Development, LLC* | Jennifer S. Rusie<br>Eden A. Moalem<br>Jackson Lewis, P.C.<br>611 Commerce Street, Suite 2803<br>Nashville, TN 37203<br>jennifer.rusie@jacksonlewis.com<br>eden.moalem@jacksonlewis.com<br>*Attorneys for Defendant KJPL Riverwood, LLC* |

/s/ *Joseph A. Tisone*