IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA GEORGE and, <br> CHELSIE NITSCHKE <br><br> Plaintiffs, <br><br> v. <br><br> KJPL RIVERWOOD, LLC; JPL DEVELOPMENT, LLC; and BACAR CONSTRUCTION, INC. <br><br> Defendants. | Civil Action No. 3:23-CV-00836 <br><br> District Judge Aleta A. Trauger |

## JOINT MEDIATION REPORT

The plaintiffs, Cynthia George and Chelsie Nitschke, and defendants, KJPL Riverwood, LLC, JPL Development, LLC, and BACAR Constructors, Inc., report that they have conferred regarding attempts to compromise, and counsel for plaintiff and defendants believe that mediation will be of benefit. The parties are currently scheduled to mediate with Tenn. Sup. Ct. R. 31 mediator Allen Blair on December 18, 2024. By agreement of the parties, the mediation will be conducted virtually with all parties participating.

Respectfully submitted,

s/Eric G. Calhoun (by J. Murrie w/perm.)
Eric G. Calhoun
Calhoun & Associates
1595 N Central Expressway
 Richardson, TX 75080
(241)766-8100
eric@ecalhounlaw.com
*Counsel for Plaintiffs*

s/Joseph A. Tisone (by J. Murrie w/perm.)
Gregory L. Cashion (10697)
Joseph A. Tisone (41169)
SMITH CASHION & ORR, PLC
3100 West End Avenue
One American Center, Suite 800
Nashville, TN 37203
(615) 742-8553
(615) 742-8556 facsimile
gcashion@smithcashion.com
jtisone@smithcashion.com

*Attorneys for BACAR Construction, Inc.*


s/Jennifer S. Rusie (by J. Murrie w/perm.)
Jennifer S. Rusie
JACKSON LEWIS, P.C.
611 Commerce Street
City Space, Suite 2803
Nashville, TN 37203
jennifer.rusie@jacksonlewis.com

*Attorney for Defendant KJPL Riverwood, LLC*


s/ Jason K. Murrie
Jason K. Murrie (27441)
Rebecca W. Demaree (13994)
Victoria L. Rohloff (40310)
CORNELIUS & COLLINS, LLP
211 Athens Way, Suite 200
Nashville, TN 37228
615-244-1440
jkmurrie@cclawtn.com
rwdemaree@cclawtn.com
vlrohloff@cclawtn.com

*Attorneys for JPL Development, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2024, the foregoing Joint Report was served via the Court's CM/ECF system on counsel of record, including the following:

Eric G. Calhoun
CALHOUN & ASSOCIATES
1595 N. Central Expressway
Richardson, TX 75080
eric@ecalhounlaw.com

M. Todd Sandahl
Attorney at Law
234 First Avenue South
Franklin, TN 37064
tsandahl@mtslaw.com

*Attorneys for Plaintiff*

Gregory L. Cashion
Joseph A. Tisone
SMITH CASHION & ORR, PLC
3100 West End Avenue
One American Center, Suite 800
Nashville, TN 37203
(615) 742-8553
(615) 742-8556 facsimile
gcashion@smithcashion.com
jtisone@smithcashion.com

*Attorney for Bacar Construction, Inc.*

Jennifer S. Rusie
JACKSON LEWIS, P.C.
611 Commerce Street
City Space, Suite 2803
Nashville, TN 37203
jennifer.rusie@jacksonlewis.com

*Attorney for Defendant KJPL Riverwood, LLC*

    s/ Jason K. Murrie
    Jason K. Murrie