IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA GEORGE, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:23-cv-00836 |
| | ) Judge Trauger |
| KJPL RIVERWOOD, LLC, ET AL., | ) |
| Defendants. | ) |

## ORDER

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

The jury trial scheduled for May 20, 2025 and the pretrial conference scheduled for May 16, 2025 are **CANCELLED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge